Jeffrey B. Isaacs, Esq., SBN 117104
Oren Rosenthal, Esq., SBN 243110
**ISAACS FRIEDBERG & LABATON LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@iflcounsel.com
      orosenthal@iflcounsel.com

David A. Kettel, Esq., SBN 125745
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009/Facsimile: (310) 551-0283
Email: dkettel@tocounsel.com

Attorneys for Claimants BRADLEY MARTIN LEWIS TWYNHAM and MARIEL TWYNHAM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM),<br><br>    Defendant.<br><br>BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM,<br><br>    Titleholders. | Case No. CV 15-6794-RGK-AJW<br><br>**STATEMENT IDENTIFYING RIGHT OR INTEREST OF CLAIMANT MARIEL TWYNHAM**<br><br>Date Action Filed:  Sept. 2, 2015 |

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant Mariel Twynham hereby makes this claim to the defendant real property and improvements described in the Complaint in this action.

//

Claimant's status is that of owner of the defendant real property with her husband Bradley Twynham.

Dated:  October 18, 2015          **ISAACS FRIEDBERG & LABATON LLP**


By: _____*/s/ Jeffrey B. Isaacs*_____
         JEFFREY B. ISAACS, ESQ.


Dated:  October 18, 2015          **THEODORA ORINGHER PC**


By: _____*/s/ David A. Kettel*_____
         David A. Kettel, ESQ.

Attorneys for Claimants
BRADLEY MARTIN LEWIS TWYNHAM and MARIEL TWYNHAM

## VERIFICATION

I have read the foregoing Statement Identifying Right or Interest and know its contents.

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 14, 2015, at Sydney, New South Wales, Australia.

_____
MARIEL TWYNHAM

STATEMENT IDENTIFYING RIGHT OR INTEREST OF CLAIMANT MARIEL TWYNHAM
184159.1