IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 15-6794 RGK (AJW) |
| ) | |
| REAL PROPERTY LOCATED IN ) | |
| BRENTWOOD, CALIFORNIA ) | |
| (TWYNHAM), ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 22, 2015, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the actual notice as seen on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2015, at Los Angeles, CA.

*[signature]*

Ricardo Reyes

Records Examiner

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
## COURT CASE NUMBER: CV 15-6794; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Real property located in Brentwood, California (Twynham) 15-FBI-005520) Parcel # 4265-011-111

The custodian of the property is the United States Marshals Service, located at 300 N. Los Angeles Street, Suite 2001, Los Angeles, CA 90012

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (September 22, 2015) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 312 N. Spring St., Rm G-8, Los Angeles, CA 90012, and copies of each served upon Assistant United States Attorney Jonathan Galatzan, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 22, 2015 and October 21, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA(TWYNHAM),

**Court Case No:** CV 15-6794
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/22/2015 | 24.0 | Verified |
| 2 | 09/23/2015 | 24.0 | Verified |
| 3 | 09/24/2015 | 24.0 | Verified |
| 4 | 09/25/2015 | 24.0 | Verified |
| 5 | 09/26/2015 | 24.0 | Verified |
| 6 | 09/27/2015 | 24.0 | Verified |
| 7 | 09/28/2015 | 24.0 | Verified |
| 8 | 09/29/2015 | 24.0 | Verified |
| 9 | 09/30/2015 | 24.0 | Verified |
| 10 | 10/01/2015 | 24.0 | Verified |
| 11 | 10/02/2015 | 24.0 | Verified |
| 12 | 10/03/2015 | 24.0 | Verified |
| 13 | 10/04/2015 | 24.0 | Verified |
| 14 | 10/05/2015 | 24.0 | Verified |
| 15 | 10/06/2015 | 24.0 | Verified |
| 16 | 10/07/2015 | 24.0 | Verified |
| 17 | 10/08/2015 | 24.0 | Verified |
| 18 | 10/09/2015 | 24.0 | Verified |
| 19 | 10/10/2015 | 24.0 | Verified |
| 20 | 10/11/2015 | 24.0 | Verified |
| 21 | 10/12/2015 | 23.9 | Verified |
| 22 | 10/13/2015 | 24.0 | Verified |
| 23 | 10/14/2015 | 24.0 | Verified |
| 24 | 10/15/2015 | 24.0 | Verified |
| 25 | 10/16/2015 | 24.0 | Verified |
| 26 | 10/17/2015 | 24.0 | Verified |
| 27 | 10/18/2015 | 24.0 | Verified |
| 28 | 10/19/2015 | 24.0 | Verified |
| 29 | 10/20/2015 | 24.0 | Verified |
| 30 | 10/21/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.