Jeffrey B. Isaacs, Esq., SBN 117104
Oren Rosenthal, Esq., SBN 243110
**ISAACS FRIEDBERG & LABATON LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@iflcounsel.com
       orosenthal@iflcounsel.com

David A. Kettel, Esq., SBN 125745
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009/Facsimile: (310) 551-0283
Email: dkettel@tocounsel.com

Attorneys for Claimants BRADLEY
MARTIN LEWIS TWYNHAM and
MARIEL TWYNHAM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM),<br><br>    Defendant.<br><br>BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM,<br><br>    Titleholders. | Case No. CV 15-6794-RGK-AJW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Date Action Filed:  Sept. 2, 2015<br>Claim Filed:  Oct. 18, 2015<br>Current Response Date:  Nov. 9, 2015<br>New Response Date:  Dec. 7, 2015 |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff United States of America ("Plaintiff") and Claimants Bradley Martin Lewis Twynham and Mariel Twynham ("Claimants"), through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed its Verified Complaint for Forfeiture ("Complaint") on

---

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

184896.1

1  September 2, 2015 (Dkt. No. 1);

2      WHEREAS, Plaintiff posted a Notice of Civil Forfeiture on an official government
3  internet site for at least 30 consecutive days, beginning September 22, 2015 (Dkt. No. 18);

4      WHEREAS, Claimants filed their Statements Identifying Right or Interest on
5  October 18, 2015 (Dkt. Nos. 14 & 15);

6      WHEREAS, the Court issued an order setting a scheduling conference on February 1,
7  2016 at 9:00 a.m. (Dkt. No. 16);

8      WHEREAS, pursuant to Rule G(5)(b) of the Supplemental Rules of Admiralty or
9  Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), Claimants'
10 responsive pleading is due on November 9, 2015;

11     WHEREAS, Claimants intend to file a Motion to Dismiss pursuant to Rule 12(b)(6)
12 of the Federal Rules of Civil Procedure, and Rules E(2)(a) and G(2)(f) of the Supplemental
13 Rules;

14     WHEREAS, Claimants also intend to file a Motion to Expunge the Lis Pendens
15 recorded against the Defendant real property;

16     WHEREAS, Claimants have brought to Plaintiff's attention deficiencies within the
17 Complaint;

18     WHEREAS, Plaintiff has informed Claimants that it intends to file a First Amended
19 Complaint ("FAC") in this action;

20     WHEREAS, Plaintiff expects to file a FAC on or before November 23, 2015;

21     WHEREAS, Claimants' motions would be mooted by the filing of a FAC;

22     WHEREAS, in light of Plaintiff's intention to file a FAC, Plaintiff and Claimants
23 agree that it would not be in the interest of judicial economy and a waste of the parties'
24 resources to require Claimants to respond to the Complaint at this time;

25     WHEREAS, Local Rule 8-3 of the United States District Court for the Central District
26 of California provides that the parties may stipulate to extend the time for responding to a
27 complaint without leave of Court so long as the extension is no longer than 30 days;

28     NOW THEREFORE, the parties hereby stipulate that the time for Claimants to

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

184896.1

answer or otherwise respond to Plaintiff's Complaint is extended up to and including December 7, 2015.  This extension of time will not alter the date of any event or deadline already set by the Court.

Dated:  November 5, 2015        JEFFREY B. ISAACS
                                OREN ROSENTHAL
                                ISAACS FRIEDBERG & LABATON LLP

                                By:        */s/ Jeffrey B. Isaacs*
                                        JEFFREY B. ISAACS, Esq.

Dated:  November 5, 2015        DAVID A. KETTEL
                                THEODORA ORINGHER PC

                                By:        */s/ David A. Kettel*
                                        David A. Kettel, Esq.

                                Attorneys for Claimants
                                BRADLEY MARTIN LEWIS TWYNHAM and
                                MARIEL TWYNHAM

Dated:  November 5, 2015        EILEEN M. DECKER
                                United States Attorney
                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division
                                Steven R. Welk
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                By:        */s/ Jonathan Galatzan*
                                        Jonathan Galatzan, Esq.
                                        Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

184896.1

**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 5, 2015

By: _____*/s/ Jeffrey B. Isaacs*_____
JEFFREY B. ISAACS, Esq.