1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JONATHAN GALATZAN (Cal. Bar No. 190414)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2727
        Facsimile: (213) 894-7177
9       E-mail:    Jonathan.Galatzan@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11

                      UNITED STATES DISTRICT COURT
12
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                          WESTERN DIVISION
14

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 15-6794 RGK (AJWx) |
| Plaintiff, | |
| v. | **WARRANT** |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) AND $13,271.07 SEIZED FROM PREMIER AMERICA CREDIT UNION ACCOUNT NUMBER XXXXXX5967, | |
| Defendants. | |

23      TO: UNITED STATES MARSHALS SERVICE

24      A complaint having been filed in this action,

25      IT IS ORDERED that you attach $13,271.07 Seized From Premier

26 America Credit Union Account Number XXXXXX5967, and cause the same to

27 be detained in your custody, or in the custody of a Substitute

28

                                  1

1  Custodian, until further notice of the Court, and that you give due

2  notice to all interested persons that they must file their Claims and

3  Answers with the Clerk of this Court within the time allowed by law.

4        YOU ARE FURTHER ORDERED to file this process in this Court with

5  your return promptly after execution.

6

7  DATED: _____

8

9

10                              KIRY K. GRAY, Clerk of Court

11

12                              _____
                                Deputy Clerk

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28