EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail:   Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), ET AL.,<br><br>    Defendants.<br><br>BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM,<br><br>    Titleholders and Claimants. | CV 15-6794 RGK (AJWx)<br><br>STIPULATION ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT |

1

1    Plaintiff United States of America ("plaintiff" or the
2 "government") commenced this action on September 2, 2015 seeking
3 forfeiture of the defendant real property pursuant to 18 U.S.C.
4 § 981(a)(1)(C).  On October 18, 2015, claimants Bradley Martin
5 Lewis Tywnham and Mariel Twynham ("claimants") filed claims to
6 the defendant real property.  On November 23, 2015, the
7 government filed it First Amended Complaint for forfeiture,
8 amending the complaint and adding an additional defendant asset.
9    In the First Amended Complaint, the government erroneously
10 conflated two bank accounts associated with the claimants.  The
11 government now seeks to amend its First Amended Complaint to
12 correct this error. The Second Amended Complaint does not allege
13 any new bases for forfeiture of any of the defendant assets.
14 //
15 //

Plaintiff and claimants hereby stipulate that the government be allowed to file the proposed Second Amended forfeiture complaint in this action, lodged concurrently herewith. Claimants do not waive any potential objections or defenses to the Second Amended complaint.

DATED: December 14, 2015	EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


__/s/ Jonathan Galatzan_____
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: December 14, 2015	___/s/ *Davil A. Kettel*_____
DAVID A. KETTEL
*(per e-mail authorization)

Attorney for Claimants
BRADLEY MARTIN LEWIS TWYNHAM AND
MARIEL TWYNHAM