EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2727
     Facsimile:  (213) 894-7177
     E-mail:     Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>REAL PROPERTY LOCATED IN<br>BRENTWOOD, CALIFORNIA<br>(TWYNHAM), ET AL.,<br><br><br>              Defendants.<br>_____<br><br>BRADLEY MARTIN LEWIS TWYNHAM<br>AND MARIEL TWYNHAM,<br><br>              Titleholders and<br>              Claimants.<br>_____ | ) CV 15-6794 RGK (AJWx)<br>)<br>) STIPULATION ALLOWING PLAINTIFF<br>) TO FILE A SECOND AMENDED<br>) COMPLAINT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

Plaintiff United States of America ("plaintiff" or the "government") commenced this action on September 2, 2015 seeking forfeiture of the defendant real property pursuant to 18 U.S.C. § 981(a)(1)(C).  On October 18, 2015, claimants Bradley Martin Lewis Tywnham and Mariel Twynham ("claimants") filed claims to the defendant real property.  On November 23, 2015, the government filed it First Amended Complaint for forfeiture, amending the complaint and adding an additional defendant asset.

In the First Amended Complaint, the government erroneously conflated two bank accounts associated with the claimants.  The government now seeks to amend its First Amended Complaint to correct this error. The Second Amended Complaint does not allege any new bases for forfeiture of any of the defendant assets.

//

//

Plaintiff and claimants hereby stipulate that the government be allowed to file the proposed Second Amended forfeiture complaint in this action, lodged concurrently herewith.   Claimants do not waive any potential objections or defenses to the Second Amended complaint.


DATED: December 14, 2015            EILEEN M. DECKER
                                    United States Attorney
                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


                                    ___/s/ Jonathan Galatzan_____
                                    JONATHAN GALATZAN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


DATED: December 14, 2015            ___/s/ Davil A. Kettel*_____
                                    DAVID A. KETTEL
                                    *(per e-mail authorization)

                                    Attorney for Claimants
                                    BRADLEY MARTIN LEWIS TWYNHAM AND
                                    MARIEL TWYNHAM