EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2727
     Facsimile:  (213) 894-7177
     E-mail:     Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV 15-6794 RGK (AJWx) |
| Plaintiff, | ) ORDER ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT |
| vs. | ) |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), ET AL., | ) |
| Defendants. | ) |
| BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM, | ) |
| Titleholders and Claimants. | ) |

//

//

//

1

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, plaintiff is allowed to file Second Amended Complaint for Forfeiture.

Dated: 12/17/15    _____
　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA