1  Jeffrey B. Isaacs, Esq. (State Bar No. 117104)
   jisaacs@ifcounsel.com
2  Oren Rosenthal, Esq. (State Bar No. 243110)
   orosenthal@ifcounsel.com
3  **ISAACS | FRIEDBERG LLP**
   555 South Flower Street, Suite 4250
4  Los Angeles, California 90071
   Telephone: (213) 929-5550/Facsimile: (213) 955-5794
5
6  David A. Kettel, Esq. (State Bar No. 125745)
   dkettel@tocounsel.com
   **THEODORA ORINGHER PC**
7  1840 Century Park East, Suite 500
   Los Angeles, California 90067-2120
8  Telephone: (310) 557-2009/Facsimile: (310) 551-0283

9  Attorneys for Claimants BRADLEY
   MARTIN LEWIS TWYNHAM and
10 MARIEL TWYNHAM

**DENIED**
BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) AND $13,271.07 SEIZED FROM PREMIER AMERICA CREDIT UNION ACCOUNT NUMBER XXXXXX5967,<br><br>  Defendants.<br><br>BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM,<br><br>  Titleholders and Claimants, | Case No. CV 15-6794-RGK-AJW<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Current Sched. Conf. Date: 2/1/16<br>Current Sched. Conf. Time: 9:00 a.m.<br>Proposed Sched. Conf. Date: 3/28/16<br><br>Date Action Filed:   September 2, 2015 |

~~Pursuant to the Stipulation between the parties, Plaintiff United States of America ("Plaintiff") and Claimants Bradley Martin Lewis Twynham and Mariel Twynham ("Claimants") and good cause appearing therefor:~~

~~(1) Claimants' Statements Identifying Right or Interest ("Claims") are due on or before January 21, 2016;~~

~~(2) Claimants' Answer or other responsive pleading to the Second Amended Complaint is due twenty-one (21) days thereafter; and~~

~~(3) The scheduling conference is continued to March 28, 2016 at 9:00 a.m.~~

**THE STIPULATION IS DENIED.**

**SO ORDERED.**

DATED: January 15, 2016

*/s/ Gary Klausner*

The Honorable R. Gary Klausner
United States District Court