Jeffrey B. Isaacs, Esq., SBN 117104
William L. Seldeen, Esq., SBN 222388
Oren Rosenthal, Esq., SBN 243110
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@ifcounsel.com
       wseldeen@ifcounsel.com
       orosenthal@ifcounsel.com

David A. Kettel, Esq., SBN 125745
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009/Facsimile: (310) 551-0283
Email: dkettel@tocounsel.com

Attorneys for Claimants
BRADLEY MARTIN LEWIS TWYNHAM
and MARIEL TWYNHAM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) and $13,271.07 SEIZED FROM PREMIER AMERICA CREDIT UNION ACCOUNT NUMBER XXXXXX5967,<br><br>Defendants.<br><br>BRADLEY MARTIN LEWIS TWYNHAM and MARIEL TWYNHAM,<br><br>Titleholders and Claimants. | Case No. CV 15-6794-RGK-AJW<br><br>**STATEMENT IDENTIFYING RIGHT OR INTEREST OF CLAIMANT MARIEL TWYNHAM**<br><br>Date Action Filed: Sept. 2, 2015<br>FAC Filed: Nov. 23, 2015<br>SAC Filed: Dec. 14, 2015 |

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant Mariel Twynham hereby makes this claim to

---

**SECOND STATEMENT IDENTIFYING RIGHT OR INTEREST OF CLAIMANT MARIEL TWYNHAM**

187489.1

defendant Real Property Located in Brentwood, California and defendant $13,271.07 seized from Premier America Credit Union account number XXXXXX5967, described in the Second Amended Complaint in this action.

Claimant's status is that of owner, along with her husband Bradley Martin Lewis Twynham, of defendants real property and funds seized from the Premier America Credit Union.

Dated: January 19, 2016     **ISAACS | FRIEDBERG LLP**

By: _____*/s/ Jeffrey Isaacs*_____
       JEFFREY B. ISAACS, ESQ.

Dated: January 19, 2016     **THEODORA ORINGHER PC**

By: _____*/s/ David A. Kettel*_____
       David A. Kettel, ESQ.

Attorneys for Claimants
BRADLEY MARTIN LEWIS TWYNHAM and MARIEL TWYNHAM

**SECOND STATEMENT IDENTIFYING RIGHT OR INTEREST OF CLAIMANT MARIEL TWYNHAM**

187489.1

## VERIFICATION

I have read the foregoing Statement Identifying Right or Interest and know its contents.

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 19, 2016, at Sydney, New South Wales, Australia.

_____
MARIEL TWYNHAM

- 3 -
SECOND STATEMENT IDENTIFYING RIGHT OR INTEREST OF
CLAIMANT MARIEL TWYNHAM