Name, Address and Telephone Number of Attorney(s)

Jeffrey B. Isaacs (SBN 117104)
Isaacs | Friedberg LLP
555 S. Flower St., Ste. 4250
Los Angeles, CA 90071
Tel: 213-929-5550

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br>Plaintiff(s)<br><br>REAL PROPERTY LOCATED IN<br>BRENTWOOD, CALIFORNIA (TWYNHAM), et al.,<br>Defendant(s). | CASE NUMBER<br><br>NO. CV 15-6794 RGK (AJWx)<br><br>**REQUEST:<br>ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☑ **ADR  PROCEDURE NO. 1**  -  The parties shall appear before the ☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2**  -  The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR  PROCEDURE NO. 3**  -  The parties shall participate in a private dispute resolution proceeding.

Dated: January 25, 2016     /s/ Jonathan Galatzan (per confirmation)

Attorney for Plaintiff  UNITED STATES OF AMERICA

Dated: _____

Attorney for Plaintiff  _____

Dated: January 25, 2016     /s/ Jeffrey B. Isaacs

Attorney for Defendant BRADLEY TWYNHAM

Dated: January 25, 2016     /s/ Jeffrey B. Isaacs

Attorney for Defendant MARIEL TWYNHAM

NOTE:  If additional signatures are required, attach an additional page to this request.