UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15−cv−06794−RGK−AJW | Date | 2/1/2016 |
| Title | UNITED STATES OF AMERICA V. REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA, TWYNHAM | | |

Present : The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Jonathan Galatzan, AUSA

Jeffrey Isaacs
Oren Rosenthal
David Kettel

**Proceedings:**    **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 3−6 days): | October 11, 2016 at 09:00 AM |
| Pretrial Conference: | September 26, 2016 at 09:00 AM |
| Motion Cut−Off Date (last day to file): | July 26, 2016 |
| Discovery Cut−Off Date: | July 12, 2016 |

Last day to motion the Court to add parties or amend complaint is 3/5/2016. Counsel inform the Court that they have selected settlement option number 1 – Magistrate Judge.

**IT IS SO ORDERED.**

:02
Initials of Preparer:  sw

cc:    ADR UNIT