Jeffrey B. Isaacs, Esq., SBN 117104
William L. Seldeen, Esq. SBN 222388
Oren Rosenthal, Esq., SBN 243110
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@ifcounsel.com
       wseldeen@ifcounsel.com
       orosenthal@ifcounsel.com

David A. Kettel, Esq., SBN 125745
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009/Facsimile: (310) 551-0283
Email: dkettel@tocounsel.com

Attorneys for Claimants
Bradley Twynham and Mariel Twynham

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) and $13,271.07 SEIZED FROM PREMIER AMERICA CREDIT UNION ACCOUNT NUMBER XXXXXX5967,<br><br>  Defendants.<br><br>BRADLEY MARTIN LEWIS TWYNHAM and MARIEL TWYNHAM,<br><br>  Titleholders and Claimants. | Case No. CV 15-6794-RGK-AJW<br><br>**REPLY IN SUPPORT OF CLAIMANTS BRADLEY TWYNHAM AND MARIEL TWYNHAM'S REQUEST FOR JUDICIAL NOTICE**<br><br>[Concurrently filed with Reply in Support of Claimants' Motion to Dismiss]<br><br>Action Filed:  Sep. 2, 2015<br>FAC Filed:    Nov. 23, 2015<br>SAC Filed:    Dec. 14, 2015<br>Trial Date:   Oct. 11, 2016<br><br>**Hearing**<br>Date:         March 14, 2016<br>Time:         9:00 a.m.<br>Courtroom:    Roybal Room 850 |

**REPLY ISO REQUEST FOR JUDICIAL NOTICE RE: MOTION TO DISMISS**

188868.2

## **REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**

Claimants Bradley Twynham and Mariel Twynham ("Claimants") submit this Reply regarding their Request for Judicial Notice in support of their Motion to Dismiss.

The government has not filed any response to the Request for Judicial Notice. It also has not objected to any of the documents for which Claimants request judicial notice or disputed the authenticity of any of them. Nor does it dispute that the documents are judicially noticeable as "not subject to reasonable dispute because [they] . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Accordingly, the government has waived any objections it could have raised to the Court taking judicial notice of Exhibits 4 - 14 to the Rosenthal Declaration or considering those materials in determining the sufficiency of the government's forfeiture claims. *See Spinedex Physical Therapy USA, Inc. v. United Healthcare of Arizona, Inc.,* 661 F. Supp. 2d 1076, 1081 (D. Ariz. 2009) ("Given Defendants' failure to respond, Plaintiffs' Request For Judicial Notice will be granted and all documents listed in the Request will be noticed."); *Harris v. Amgen, Inc*., 2010 WL 744123, at *3 (C.D. Cal. Mar. 2, 2010) ("Plaintiffs did not object to the earlier request for judicial notice and, thus, waived any objections to the Court taking judicial notice of these exhibits"), rev'd on other grounds, 717 F.3d 1042 (9th Cir. 2013).

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  February 29, 2016 | **ISAACS | FRIEDBERG LLP** |
|  | */s/  Jeffrey Isaacs*<br>Jeffrey B Isaacs, Esq. |
|  | *Attorneys for Claimants*<br>*Bradley Twynham and Mariel Twynham* |

- 2 -

**REPLY ISO REQUEST FOR JUDICIAL NOTICE RE: MOTION TO DISMISS**

188868.2