Jeffrey B. Isaacs, Esq., SBN 117104
William L. Seldeen, Esq. SBN 222388
Oren Rosenthal, Esq., SBN 243110
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@ifcounsel.com
      wseldeen@ifcounsel.com
      orosenthal@ifcounsel.com

David A. Kettel, Esq., SBN 125745
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009/Facsimile: (310) 551-0283
Email: dkettel@tocounsel.com

Attorneys for Claimants
Bradley Twynham and Mariel Twynham

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) and $13,271.07 SEIZED FROM PREMIER AMERICA CREDIT UNION ACCOUNT NUMBER XXXXXX5967,<br><br>    Defendants.<br><br>BRADLEY MARTIN LEWIS TWYNHAM and MARIEL TWYNHAM,<br><br>    Titleholders and Claimants. | Case No. CV 15-6794-RGK-AJW<br><br>**NOTICE OF ERRATA AND CORRECTION TO REPLY IN SUPPORT OF CLAIMANTS BRADLEY TWYNHAM AND MARIEL TWYNHAM'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Action Filed:  Sep. 2, 2015<br>FAC Filed:    Nov. 23, 2015<br>SAC Filed:    Dec. 14, 2015<br>Trial Date:    Oct. 11, 2016<br><br>**Hearing**<br>Date:          March 14, 2016<br>Time:         9:00 a.m.<br>Courtroom:  Roybal Room 850 |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Claimants Bradley Twynham and Mariel Twynham ("Claimants") provide notice of errata and correction as follows:

On February 29, 2016, Claimants filed a Reply in Support of Claimants' Motion to Dismiss Second Amended Complaint ("Reply"). Unbeknownst to Claimants' counsel, the Reply contains some typographical errors. These errors, albeit minor, render certain portions of the Reply unintelligible.

A corrected version of the Reply is attached hereto as **Exhibit A**. The corrected Reply contains the following changes:

| | |
|---|---|
| Page 3, line 8: | Added "the SAC"; |
| Page 6, line 23: | Added "as"; |
| Page 9, line 23: | Removed comma, added "to"; |
| Page 10, line 9: | Replaced "including" with "or", added "even"; and |
| Page 10, line 18: | Added "similarly makes". |

Respectfully submitted,

DATED: March 2, 2016        **ISAACS | FRIEDBERG LLP**

*/s/ Jeffrey Isaacs*
Jeffrey B Isaacs, Esq.

*Attorneys for Claimants*
*Bradley Twynham and Mariel Twynham*

- 2 -

**NOTICE OF ERRATA TO REPLY ISO MOTION TO DISMISS**

189013.1