EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), ET AL.,<br><br>        Defendants.<br><br>BRADLEY TWYNHAM AND MARIEL TWYNHAM,<br><br>        Claimants. | Case No. CV 15-6794 RGK(AJWx)<br><br>[PROPOSED]<br><br><u>ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR AN ORDER TO STAY THIS CIVIL FORFEITURE PROCEEDING</u><br><br>Date:      April 11, 2016<br>Time:      9:00 a.m.<br>Courtroom: 850, 8th Floor<br>           The Honorable<br>           R. Gary Klausner |

     The motion by plaintiff United States of America ("the government") for an order to stay this civil forfeiture proceeding came on regularly for hearing before this Court on

1  April 11, 2016.  After considering the papers submitted by the
2  parties, arguments of counsel and all other matters presented to
3  the Court in connection with the motion, and good cause
4  appearing,
5      IT IS HEREBY ORDERED that:
6      1.   Said Motion is hereby granted.  The instant civil
7  forfeiture action is hereby stayed pursuant to 18 U.S.C.
8  § 981(g)(1) and the Court's inherent power pending further order
9  of this Court.  In order to allow the Court to monitor the
10 status of this matter, the Government shall file a status report
11 concerning the progress of this investigation no later than
12 ninety (90) days after this order is filed, and each successive
13 report shall be filed within ninety (90) days of the preceding
14 report.
15 //
16 //

2. All dates, including the Pretrial Conference, currently set for September 26, 2016 and Trial, currently set for October 11, 2016, are hereby taken off calendar.

Dated: _____

                                            _____
                                            THE HONORABLE R. GARY KLAUSNER
                                            UNITED STATES DISTRICT JUDGE

<u>Presented By:</u>

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA