```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2727
     Facsimile: (213) 894-7177
     E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 15-6794 RGK (AJWx) |
|---|---|
| Plaintiff, | APPLICATION FOR LEAVE TO REVIEW IN CAMERA; DECLARATION OF JONATHAN GALATZAN IN SUPPORT OF APPLICATION; AND [PROPOSED] ORDER |
| v. | |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) ET AL., | **[FILED IN CAMERA]** |
| Defendants. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jonathan Galatzan, hereby files its Application For Leave To Review In Camera,

1

Declaration of Jonathan Galatzan in Support of Application, and [PROPOSED] Order lodged concurrently with this application.

Pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6.1, plaintiff United States of America (the "United States" or "plaintiff") hereby applies, in support of the United States' motion for an order to stay this civil forfeiture proceeding pursuant to the mandatory stay statute (i.e., 18 U.S.C. § 981(g)) and the Court's inherent power (the "Stay Motion"), for an order to file in camera (1) the instant application for leave to review in camera; 2) the proposed order granting the application; (3) the declaration in support of leave to review in camera; and (4) non-public declaration. The United States has noticed the Stay Motion for hearing on April 11, 2016 at 9:00 a.m.

This application is based on the attached declaration of Jonathan Galatzan.

Dated: March 9, 2016             Respectfully submitted,

                                 EILEEN M. DECKER
                                 United States Attorney
                                 LAWRENCE S. MIDDLETON
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

                                       /s/Jonathan Galatzan
                                 JONATHAN GALATZAN
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

2