EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) ET AL.,<br><br>       Defendants. | No. CV 15-6794 RGK (AJWx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO REVIEW IN CAMERA<br><br>**[FILED IN CAMERA]** |
|---|---|

    Based on Plaintiff's application for leave to review in camera, and for good cause show, the Court hereby ORDERS that 1) the instant application for leave to review in camera; 2) the proposed order granting the application; (3) the declaration in support of leave to

1

review in camera; and (4) non-public declaration shall all be filed and maintained in camera.

IT IS SO ORDERED.

DATED:_____    _____
                                             UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


      /s/Jonathan Galatzan
_____
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA