```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2727
     Facsimile: (213) 894-7177
     E-mail: jonathan.galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 15-6794 RGK(AJWx) |
| Plaintiff, | PLAINTIFF UNITED STATES OF AMERICA'S EX PARTE APPLICATION FOR ORDER STAYING DISCOVERY UNTIL THE COURT RULES ON PLAINTIFF'S MOTION TO STAY THE CIVIL FORFEITURE PROCEEDING |
| v. | |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), ET AL., | |
| Defendants. | [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
| BRADLEY TWYNHAM AND MARIEL TWYNHAM, | **[DISCOVERY MATTER]** |
| Claimants | |

Plaintiff United States of America hereby submits this Ex Parte Application to stay discovery in this matter until the

Court rules on the Government's pending Motion to Stay the Civil Forfeiture Proceeding, currently set to be heard on April 11, 2016 for the following reasons:

1. The Civil Asset Forfeiture Reform Act of 2000 provides for a mandatory stay of a civil forfeiture case when certain conditions exist. Specifically, 18 U.S.C. § 981(g)(1) provides for a stay of a judicial forfeiture proceeding if the Court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

2. According to the proof of service attached to the requests, claimant Bradley Twynham propounded one set each of Requests for Production of Documents, Requests for Admissions, and Interrogatories on the Government on February 17, 2016. Twynham also served a subpoena for production of documents, information, or objects to Computer Sciences Corporation on or about February 22, 2016.

3. On March 9, 2016, the Government filed a Motion to Stay the Civil Forfeiture Proceeding pursuant to 18 U.S.C. § 981(g) on the ground that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation. That motion is set to be heard on April 11, 2016, a date after the discovery referenced in paragraph 2 is due. By this application, the Government requests that all discovery be stayed until the Court rules on the Government's Motion to Stay the Civil Forfeiture Proceedings. Absent this stay the Government will either have to provide responses to the discovery requests and compromise its criminal investigation or

selectively object to the responses and possibly compromise its criminal investigation.

    4.   On March 2, 2016, the undersigned counsel advised counsel for Bradley Twynham via e-mail that the Government intended to file this application. Counsel has indicated that it intends to oppose the Government's Motion to Stay the Civil Forfeiture Proceedings, but has not indicated whether it intends to oppose this ex parte application. The Government, however, assumes that counsel for Bradley Twynham will oppose this application.

DATED: March 9, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America