EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 15-6794 RGK(AJWx) |
|---|---|
| Plaintiff, | [PROPOSED] |
| v. | ORDER STAYING DISCOVERY |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), ET AL., | **[DISCOVERY MATTER]** |
| Defendants. | |
| BRADLEY TWYNHAM AND MARIEL TWYNHAM, | |
| Claimants. | |

    Plaintiff United States of America has filed an Ex Parte Application for Order Staying Discovery until the Government's Motion to Stay Civil Forfeiture Proceeding, currently set for hearing on April 11, 2016, is ruled upon.

   For good cause appearing, the request to stay discovery in this action is GRANTED.  In the event the Court grants the Government's Motion to Stay the Civil Forfeiture Proceedings, discovery will remain stayed during the pendency of the Court-ordered stay.  In the event the Court denies the Government's Motion to Stay the Civil Forfeiture Proceedings, any outstanding discovery will be due thirty days after the entry of the order denying the motion.

   IT IS SO ORDERED.

_____     _____
DATE                                 HONORABLE ANDREW J. WISTRICH
                                     UNITED STATES MAGISTRATE JUDGE

Presented by:

   */s/Jonathan Galatzan*
_____
JONATHAN GALATZAN
Assistant United States Attorney