Jeffrey B. Isaacs, Esq., SBN 117104
William L. Seldeen, Esq. SBN 222388
Oren Rosenthal, Esq., SBN 243110
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550/Facsimile: (213) 955-5794
Email: jisaacs@ifcounsel.com
       wseldeen@ifcounsel.com
       orosenthal@ifcounsel.com

David A. Kettel, Esq., SBN 125745
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009/Facsimile: (310) 551-0283
Email: dkettel@tocounsel.com

Attorneys for Claimants
Bradley Twynham and Mariel Twynham

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) and $13,271.07 SEIZED FROM PREMIER AMERICA CREDIT UNION ACCOUNT NUMBER XXXXXX5967,<br><br>    Defendants.<br><br>BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM,<br><br>    Titleholders and Claimants. | Case No. CV 15-6794-RGK-AJW<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF ERRATA TO CLAIMANTS MARIEL TWYNHAM AND BRADLEY TWYNHAM'S OPPOSITION TO THE UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION FOR ORDER STAYING DISCOVERY**<br><br>Action Filed:   Sep. 2, 2015<br>FAC Filed:     Nov. 23, 2015<br>SAC Filed:     Dec. 14, 2015<br>Discovery Cut-off: Jul. 12, 2016<br>Trial Date:     Oct. 11, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Claimants Brad Twynham and Mariel Twynham ("Claimants") hereby submit this Errata to their Opposition to the United States of America's Ex Parte Application for Order Staying Discovery (the "Opposition").

On March 9, 2016, at approximately 4:00 p.m., the government filed an *Ex Parte* Application to Stay Discovery ("Application"). Dkt. No. 56. The government also filed a Motion to Stay the Forfeiture Proceeding Pending Further Order of the Court (Dkt. No. 54) and an Application for Leave for In Camera Review (Dkt. No. 55).

Claimants had less than 24 hours to review the government's filings and to prepare an opposition. In our rush to timely file the Opposition, we were unable to include a table of contents or table of authorities. Moreover, upon reviewing the filed Opposition, we discovered a number of typographical errors and omissions.

A corrected version of the Opposition, along with the tables and some minor non-substantive corrections, is attached hereto.

DATED: March 10, 2016            **ISAACS | FRIEDBERG LLP**

                                                   */s/ Jeffrey Isaacs*
                                                   Jeffrey B Isaacs, Esq.
                                                   Oren Rosenthal, Esq.