EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM) ET AL.,<br><br>    Defendants. | No. CV 15-6794 RGK (AJWx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR LEAVE TO REVIEW IN CAMERA<br><br>**[~~FILED IN CAMERA~~]** |

1

Based on Plaintiff's application for leave to review in camera, and for good cause show, the Court hereby grants the application for an in-camera review. Counsel shall contact the Courtroom Deputy, Sharon Williams, at (213) 894-2649, to arrange for delivery of the in-camera document(s).

IT IS SO ORDERED.

DATED: March 11, 2016

*Jay Klausner*
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA