EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 15-6794-RGK (AJWx) |
|---|---|
| Plaintiff, | **STIPULATION FOR INTERLOCUTORY SALE OF DEFENDANT REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA** |
| v. | |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), et al., | |
| Defendants. | |
| BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM, | |
| Claimants. | |

    It is hereby stipulated by and between the United States of America and the titleholders of the defendant real property (hereinafter "claimants") located in Brentwood, California with Assessor Parcel Number 4265-011-111 (the "defendant real property"), by the signature of their attorneys hereunder, as follows:

1007433.1/22471.20002

1.   The parties hereto desire to sell the defendant real property for fair market value, and agree that the net proceeds of the sale, if any, should be substituted for the defendant real property as the defendant <u>res</u> in this action.  Pursuant to Rule G(7)(b)(iii) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the parties agree that the procedures set forth in 28 U.S.C. §§ 2001, 2002 and 2004 (providing for public sale of property under court control) are not likely to yield the highest price for the property, and instead recommend that the court enter the proposed order (the "Order") concurrently lodged with this stipulation ordering interlocutory sale according to the terms described herein.

2.   The legal description of the defendant property is:

<u>Parcel 1:</u>
An undivided 1/8th interest in and to Lot 1 of Tract No. 52696, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 1258, Pages 87 and 88 of Maps, in the Office of the County Recorder of said County.  Except therefrom Units 1 through 8 inclusive, as shown and defined upon the Condominium Plan recorded December 14, 2001 as Instrument No. 01-2395089, Official Records of said County.  Excepting therefrom the exclusive use common area easements for balcony area, deck/roof area, and parking area designated as "B", "D", "R" and "P", in,· over, across and through those portions of the common area as shown on the above referred to Condominium Plan.

<u>Parcel 2:</u>
Unit 8 as shown and defined upon the Condominium Plan referred to in Parcel 1 above.

<u>Parcel 3:</u>
An exclusive use common area easement for all uses and purposes of a balcony area, deck/roof area and parking area to be appurtenant to Parcels 1 and 2 above, in, over, across and through that portion of the "Common Area" designated

1  and delineated as "B", "D", "R" and "P" which bear the same
2  number as the unit referred to in Parcel 2 above, followed by
3  the letters "B", "D", "R" and "P" on the above referenced
4  Condominium Plan.
5  Assessor's Parcel Number: 4265-011-111.
6  3. The government and claimants agree that the claimants shall
7 cause the defendant real property to be sold at the highest available
8 reasonable price. Within 30 days of the entry of the Order,
9 claimants shall undertake to list the defendant real property with
10 the Multiple Listing Service and/or any other form to market the
11 property to the public, and shall attempt to procure a ready, willing
12 and able buyer. The listing price of the defendant real property
13 shall not be less than $2,100,000.00. It is further agreed that the
14 minimum price to be accepted is $1,900,000.00. The listing agent(s)
15 shall be a licensed real estate broker with experience selling
16 properties in the area where the defendant real property is located.
17  4. At least 21 days prior to the close of escrow with respect
18 to any attempted sale of the defendant real property pursuant to this
19 agreement, claimants must disclose to the government the following:
20 (i) the identities of the prospective buyer(s), including current
21 address(es) and driver's license number(s); (ii) the purchase price;
22 and (iii) the final escrow instructions. The government must notify
23 claimants within 4 business days thereafter if it does not approve of
24 the buyer, the purchase price and/or the final escrow instructions,
25 in which case escrow shall be cancelled.
26  5. Not later than three (3) days prior to the anticipated
27 close of escrow as described in paragraph 4, the United States shall
28

1007433.1/22471.20002                     3

deliver to the escrow agent a conditional withdrawal of its lis pendens recorded against the defendant real property.  This conditional withdrawal may be recorded only if terms of this agreement have been completely satisfied.

6. The proceeds of the sale of the defendant real property shall be distributed as follows:

    a. First, payment of all outstanding real property taxes to the Los Angeles County Tax Collector to the date of closing of escrow;

    b. Second, payment of all costs of escrow and sale, including real estate sales commissions and applicable fees triggered by the sale of the defendant real property, and any reasonable credits against the sale price requested by the buyer(s) and agreed to by the claimants;

    c. Third, to the extent funds remain, payment to any secured lienholders, namely Premier America Credit Union, whose security interests were recorded prior to the recording of the United States of America's lis pendens in this action.

    d. Fourth, to the extent funds remain (the "net proceeds"), the parties agree that the net proceeds shall constitute the substitute <u>res</u> subject to forfeiture in place of the defendant real property.  The net proceeds shall be wired from escrow directly to the United States Marshals Service ("USMS") and shall be held in an interest bearing account pending the resolution of this forfeiture matter.  The government shall provide wiring instructions directly to the escrow company handling the sale of the defendant real property.  Upon delivery of the net proceeds to the USMS, the government shall

1  notify the parties and this Court of the amount that has been
2  deposited as the substitute <u>res</u> by filing a notice with the Court.
3         7.   The parties to this Stipulation shall execute any and all
4  documents necessary to consummate the sale of the defendant real
5  property, to convey clear title of the property to the buyers, and to
6  further implement the terms of this Stipulation.
7  //
8  //
9  //
10 //
11 //

1007433.1/22471.20002               5

1    8.   The Court shall retain jurisdiction over the defendant real
2 property to effectuate the terms of the sale and resolve any issues
3 or disputes that may arise regarding the interlocutory sale of the
4 property.

**SO STIPULATED AND REQUESTED.**

DATED: April 27, 2016          EILEEN M. DECKER
                               United States Attorney
                               LAWRENCE S. MIDDLETON
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section

                               */s/ Jonathan Galatzan*
                               JONATHAN GALATZAN
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

DATED:  April 27, 2016         ISAACS FRIEDBERG, LLP

                               */s/ Jeffrey B. Isaacs**
                               JEFFREY B. ISAACS
                               *(per e-mail authorization)

                               Attorney for Bradley Martin Lewis
                               Twynham and Mariel Twynham

DATED:  April 27, 2016         THEODORA ORINGHER, PC

                               */s/ David A. Kettel**
                               DAVID A. KETTEL
                               *(per e-mail authorization)

                               Attorney for Bradley Martin Lewis
                               Twynham and Mariel Twynham