EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 15-6794-RGK (AJWx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR INTERLOCUTORY SALE OF DEFENDANT REAL PROPERTY |
| v. | |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), ET AL. | |
| Defendants. | |
| BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM, | |
| Claimants. | |

    For good cause appearing, and upon the parties' stipulation, it is hereby ORDERED that the defendant real property be sold according to the terms of the parties' stipulation. The proceeds of the sale of the defendant real property shall be distributed as follows:

     a.   First, payment of all outstanding real property taxes to the Los Angeles County Tax Collector to the date of closing escrow;

     b.   Second, payment of all costs of escrow and sale, including real estate sales commissions and applicable fees triggered by the sale of the defendant real property, and any reasonable credits against the sale price requested by the buyer(s) and agreed to by the claimants;

     c.   Third, to the extent funds remain, payment to any secured lienholders, namely Premier America Credit Union, whose security interests were recorded prior to the recording of the United States of America's lis pendens in this action;

     d.   Fourth, to the extent funds remain (the "net proceeds"), the parties agree that the net proceeds shall constitute the substitute <u>res</u> subject to forfeiture in place of the defendant real property.  The net proceeds shall be wired from escrow directly to the United States Marshals Service ("USMS") and shall be held in an interest bearing account pending the resolution of this forfeiture matter.  The government shall provide wiring instructions directly to the escrow company handling the sale of the defendant real property.  Upon delivery of the net proceeds to the USMS, the government shall notify the parties and this Court of the amount that has been deposited as the substitute <u>res</u> by filing a notice with the Court.

///

///

///

The Court shall retain jurisdiction over the defendant real property to effectuate the terms of the sale and resolve any issues or disputes that may arise regarding the interlocutory sale of the property.

DATED: _____, 2016

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Submitted by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

3