Name and address:
David A. Kettel, Esq. (SBN 125745)
dkettel@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500`
Los Angeles, CA 90067-2120

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S) <br><br> v. <br><br> REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), <br><br> DEFENDANT(S) | CASE NUMBER: <br> 2:15-cv-06794-RGK-AJW <br><br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: David A. Kettel                                    CA Bar Number: 125745

Firm or agency: Theodora Oringher PC

Address: 1840 Century Park East, Suite 500, Los Angeles, CA 90067-2120

Telephone Number: (310) 557-2009                    Fax Number: (310) 551-0283

E-mail: dkettel@tocounsel.com

Counsel of record for the following party or parties: Claimants Bradley Martin Lewis Twynham and Mariel Twynham

Other members of the same firm or agency also seeking to withdraw:

American LegalNet, Inc.
www.FormsWorkFlow.com

## SECTION II - NEW REPRESENTATION

☐    No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐    The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒    The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Erwin J. Shustak          CA Bar Number: 119152

Firm or agency: Shustak Reynolds & Partners, P.C.

Address: 401 W "A" Street, Suite 2250, San Diego, CA 92101

Telephone Number: (619) 696-9500          Fax Number: (619) 615-5290

E-mail: shustak@shufirm.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: July 22, 2016          Signature: _____

                        Name:    David A. Kettel

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: July 19, 2016          Signature: _____

                        Name:    Erwin J. Shustak

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

         ☒   substitution of counsel as specified above.

         ☐   representing myself *pro se* in this case.

Date: July 19, 2016          Signature: _____

                        Name:    Bradley Martin Lewis Twynham

                        Title: _____

American LegalNet, Inc.
www.FormsWorkFlow.com