David A. Kettel, Esq. (SBN 125745)
dkettel@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, CA 90067-2120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:15-cv-06794-RGK-AJW |
| v. | |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Bradley Martin Lewis Twynham    ☐ Plaintiff  ☐ Defendant  ☒ Other  Claimant
*Name of Party*

to substitute Erwin J. Shustak _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 W "A" Street, Suite 2250
*Street Address*

San Diego, CA 92101                shustak@shufirm.com
*City, State, Zip*                  *E-Mail Address*

(619) 696-9500        (619) 615-5290         119152
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record instead of David A. Kettel
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby   ☐ GRANTED   ☐ DENIED

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

1016583.1/22471.20002
G-01 ORDER (12/14)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY


American LegalNet, Inc.
www.FormsWorkFlow.com