David A. Kettel, Esq. (SBN 125745)
dkettel@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, CA 90067-2120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                             Plaintiff(s)<br><br>              v.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD,<br>CALIFORNIA (TWYNHAM),<br><br>                             Defendant(s) | CASE NUMBER<br>2:15-cv-06794-RGK-AJW<br><br>**(PROPOSED) ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Mariel Twynham _____   ☐ Plaintiff  ☐ Defendant  ☒ Other   Claimant _____
*Name of Party*

to substitute  Erwin J. Shustak  _____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 W "A" Street, Suite 2250
*Street Address*

San Diego, CA 92101                                shustak@shufirm.com
*City, State, Zip*                                 *E-Mail Address*

(619) 696-9500           (619) 615-5290            119152
*Telephone Number*       *Fax Number*              *State Bar Number*

as attorney of record instead of  David A. Kettel _____
*List **all** attorneys from same firm or agency who are withdrawing.*


is hereby   ☐ GRANTED    ☐ DENIED


Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

1016586.1/22471.20002
G-01 ORDER (12/14)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY


American LegalNet, Inc.
www.FormsWorkFlow.com