Jeffrey B. Isaacs, Esq. (SBN 117104)
jisaacs@iflcounsel.com
ISAACS | FRIEDBERG LLP
555 South Flower Street, Suite 4250
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 2:15-cv-06794-RGK-AJW |
| v. | |
| REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM), | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Mariel Twynham    ☐ Plaintiff   ☐ Defendant   ☒ Other   Claimant
*Name of Party*

to substitute Erwin J. Shustak who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 W "A" Street, Suite 2250
*Street Address*

San Diego, CA 92101     shustak@shufirm.com
*City, State, Zip*     *E-Mail Address*

(619) 696-9500     (619) 615-5290     119152
*Telephone Number*     *Fax Number*     *State Bar Number*

as attorney of record instead of Jeffrey B. Isaacs
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ GRANTED    ☐ DENIED

Dated _____     _____
    U. S. District Judge/U.S. Magistrate Judge

1016583.1/22471.20002
G-01 ORDER (12/14)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

