EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>REAL PROPERTY LOCATED IN<br>BRENTWOOD, CALIFORNIA<br>(TWYNHAM), ET AL.,<br><br>        Defendants.<br><br>BRADLEY MARTIN LEWIS TWYNHAM<br>AND MARIEL TWYNHAM,<br><br>        Titleholders and<br>        Claimants. | CV 15-6794-RGK (AJWx)<br><br>**PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE** |

1    On March 18, 2016, this Court ordered this action stayed
2 pending the resolution of a related Federal criminal
3 investigation involving claimant Bradley Martin Lewis Twynham.
4 This Court ordered that plaintiff file a status report every 90
5 days, commencing June 16, 2016.
6    On May 31, 2016, the government received a bank wire
7 transfer in the amount of $813,045.67 from Portfolio Escrow.
8 The wire transfer represents the net proceeds of the sale of the
9 defendant Real Property located in Brentwood, California and is
10 now the substitute res for the defendant Real Property.
11    Bradley Martin Lewis Twynham is the subject of a federal
12 criminal investigation for violations of 18 U.S.C. § 1343.  The
13 federal criminal investigation remains ongoing.  The criminal
14 investigation arises from the same general facts as this
15 forfeiture action.  Given the ongoing nature of the related
16 criminal investigation, plaintiff believes that the stay
17 continues to be warranted pursuant to 18 U.S.C. § 981(g).
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //

Accordingly, plaintiff requests that the stay in this case continue in effect pending the resolution of the related criminal matter. Plaintiff will file a further status report on March 13, 2017.

DATED: December 12, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

\_\_/s/Jonathan Galatzan_____
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA