EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED IN BRENTWOOD, CALIFORNIA (TWYNHAM),<br><br>    Defendant.<br>BRADLEY MARTIN LEWIS TWYNHAM AND MARIEL TWYNHAM,<br><br>    Claimants. | No. CV 15-6794-RGK (AJWx)<br><br>**STIPULATION AND REQUEST TO ENTER CONSENT JUDGMENT** |

    By the signatures of their attorneys hereunder, plaintiff United States of America and claimants Bradley Martin Lewis Twynham and Mariel Twynham ("Claimants") stipulate and request that this Court enter the proposed consent judgment lodged concurrently herewith, to carry into effect the settlement agreement reached between the parties.

Claimants claim an interest in the defendant assets and have filed claims in this case and answered the complaint. The defendant assets were seized from Claimants and no other person or entity is believed to have any claim or interest therein. Notice has been given and published as required by law and the Local Rules of this Court. No other claims or answers were filed, and the time for filing claims and answers has expired. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimants Bradley Martin Lewis Twynham or Mariel Twynham, nor can this consent judgment be admissible in any criminal proceeding against the Claimants to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant assets.

The proposed consent judgment lodged herewith provides that the following shall be returned to Claimant Mariel Twynham as follows:

1. $413,158.37, without interest.

The following shall be forfeited to the United States, and no other right, title, or interest shall exist therein:

1. $413,158.37.

Claimants have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant assets and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the

United States, whether pursuant to 28 U.S.C. § 2465 or otherwise Claimants have waived any rights they may have to seek remission or mitigation of the forfeiture.

The parties further stipulate and agree there was reasonable cause for the seizure of the defendant assets. The proposed judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to those defendant assets.

DATED: December 23, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ JONATHAN GALATZAN
JONATHAN GALATZAN
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: December 23, 2016

/s/ ERWIN SHUSTAK
ERWIN SHUSTAK, ESQ.
Attorney for Bradley Martin Lewis Twynham and Mariel Twynham

DATED: December 22, 2016

/s/ BRADLEY MARTIN LEWIS TWYNHAM
BRADLEY MARTIN LEWIS TWYNHAM
Claimant

DATED: December 22, 2016

/s/ MARIEL TWYNHAM
MARIEL TWYNHAM
Claimant

3